UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DR. AL-HAJJ IDRIS A. MUHAMMAD
and SIRAJ IBN WAHHAJ,

               Plaintiffs,

      -against-

ROBERT C. BONNER, et al.,

               Defendants.
-------------------------------------------------------X

**ORDER**

05 CV 1851 (RJD) (LB)

DEARIE, Chief Judge.

*Pro se* plaintiffs allege that defendants violated their civil rights by detaining them at John F. Kennedy International Airport. The Court referred defendants' motion for summary judgment as well as plaintiffs' motion to amend their complaint to Magistrate Judge Lois Bloom pursuant to 28 U.S.C. § 636(b)(1)(B). On March 16, 2007, Magistrate Judge Bloom issued a report, recommending that defendants' summary judgment motion be granted and that plaintiffs' request to amend be denied. Plaintiffs submitted objections on March 26, 2007. The Court returned the case to Magistrate Judge Bloom for limited discovery regarding the immediate circumstances of the airport detentions.

In light of the Second Circuit's decision in <u>Tabaa v. Chertoff</u>, 509 F.3d 89 (2d Cir. 2007), the Court adopts Magistrate Judge Bloom's report. A memorandum of decision will follow.

SO ORDERED.

Dated: Brooklyn, New York
       March 31, 2008

                                      s/ Judge Raymond J. Dearie

                                      RAYMOND J. DEARIE
                                      United States District Judge